**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROLANDO RODRIGUEZ MALTEZ, | No. 09-72610 |
| Petitioner, | Agency No. A077-008-690 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 21, 2012[**]

Before:      FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Rolando Rodriguez Maltez, a native and citizen of Nicaragua, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

discretion the denial of a motion to reopen, *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010), and we deny the petition for review.

The BIA did not abuse its discretion in denying Rodriguez Maltez's motion to reopen as untimely where the motion was filed over two-and-a-half years after the BIA's final administrative order, *see* 8 C.F.R. § 1003.2(c)(2), and Rodriguez Maltez failed to demonstrate materially changed circumstances in Nicaragua to qualify for the regulatory exception to the time limit for filing motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi*, 597 F.3d at 989-90.

**PETITION FOR REVIEW DENIED.**

09-72610